**IT IS SO ORDERED**
Judge Edward J. Davila
DATED: 3/10/2016

KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
ALEXA L. LEWIS (SBN 235867)
  all@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Plaintiff
High Quality Printing Inventions, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| HIGH QUALITY PRINTING INVENTIONS, LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>ZAZZLE, INC.,<br><br>             Defendant. | CASE NO. 5:15-cv-05438-EJD<br><br>Honorable Edward J. Davila<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Mitchell Silberberg & Knupp LLP

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

1
2   Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,
3   Plaintiff hereby voluntarily dismisses the Complaint in this Civil Action and all
4   claims asserted therein without prejudice.
5
6   DATED: March 9, 2016                MITCHELL SILBERBERG & KNUPP LLP
7
8                                       By:  /s/ Alexa A. Lewis
9                                            Alexa L. Lewis
                                             Attorneys for Plaintiff
10                                           High Quality Printing Inventions, LLC
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mitchell
Silberberg &
Knupp LLP

1
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683, and my business email address is sgd@msk.com.

On March 9, 2016, I served a copy of the foregoing document(s) described as **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** on the interested parties in this action at their last known address as set forth below by taking the action described below:

| | |
|---|---|
| Olga Ivanovna May<br>Neil J. McNabnay<br>Wasif Hasan Qureshi<br>FISH AND RICHARDSON PC<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-4745<br>Email: omay@fr.com<br>mcnabnay@fr.com<br>qureshi@fr.com | *Attorneys for Defendant,<br>Zazzle, Inc.* |

☒ **BY MAIL**: I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT DELIVERY**: I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with **FED EX** in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

☐ **BY ELECTRONIC MAIL**: I served the above-mentioned document electronically on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 9, 2016, at Los Angeles, California.

*/s/ Sunni Donmoyer*
Sunni Donmoyer

Mitchell
Silberberg &
Knupp LLP

2
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**